UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

STEPHEN E. WILLIAMS,

                Plaintiff,

- vs -

D'YOUVILLE COLLEGE,

                Defendant.

**NOTICE OF WITHDRAWAL OF COUNSEL**

Case No. 1:20-cv-00048-LJV-MJR

---

      Pursuant to Local Rule 83.2 please take notice that Mary Moran is no longer affiliated with the law firm Bond, Schoeneck & King, PLLC, who represents the Defendant in this matter. Mary Moran should be removed from the docket as counsel of record for the Defendant. The undersigned remains as lead counsel of record on behalf of Defendant.

Dated: Buffalo, New York
       June 27, 2022

                                        BOND, SCHOENECK & KING, PLLC

                                        By:  */s/ James J. Rooney*
                                               James J. Rooney
                                        Avant Building, Suite 900
                                        200 Delaware Avenue
                                        Buffalo, New York  14202
                                        Telephone:  (716) 416-7048
                                        E-mail:  jrooney@bsk.com
                                        *Attorneys for Defendants*

TO:    Attorneys of Record

14148724.1